**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

LAUREN A. LAW,

         Plaintiff,

vs.

DARIUS PATILLO, ERNEST D.
BLOUNT, B. PARKER, C. HUFFMAN, T.
WEBSTER, D. ROSE and CAITLYN
MCGILLICUDDY,

         Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-1953-WMR

## J U D G M E N T

    This action having come before the court, Honorable William M. Ray, II, United

States District Judge, for consideration of Defendants' Motion for Summary Judgment,

and the court having granted said motion, it is

    **Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover

its costs of this action, and the action be, and the same hereby is, **Dismissed With**

**Prejudice**.

    Dated at Atlanta, Georgia, this 6th day of June, 2019.

                        JAMES N. HATTEN
                        CLERK OF COURT

                      By:  s/R. Bryant
                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 6, 2019
James N. Hatten
Clerk of Court

By: s/ R. Bryant
        Deputy Clerk