# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 07, 2020

Lauren A. Law
PO BOX 274
ELLENWOOD, GA 30294

Appeal Number: 19-12626-J
Case Style: In re: Lauren Law
District Court Docket No: 1:17-cv-01953-WMR

Enclosed is the clerk's entry of dismissal of your petition for lack of prosecution pursuant to Eleventh Circuit Rule 42-1(b), which is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6183

Enclosure(s)

PRO-8 Ltr Entry of Dismissal Mandamus

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-12626-J

_____

In re: LAUREN A. LAW,

                              Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the
Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this petition is hereby DISMISSED for want of prosecution because the Petitioner Lauren A. Law failed to pay the filing and docketing fees to the clerk of this court within the time fixed by the rules, effective February 07, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Davina C Burney-Smith, J, Deputy Clerk

FOR THE COURT - BY DIRECTION